# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| NORTH ALLEGHENY SCHOOL DISTRICT, | : | No. 112 WM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NORTH ALLEGHENY FEDERATION OF | : | |
| TEACHERS, LOCAL 2097, AMERICAN | : | |
| FEDERATION OF TEACHERS, AFL-CIO | : | |
| (FEDERATION), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.